UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: ) Case No. 10-12653-pmc
    LANDRY SIMMONS JR ) Chapter 13 Proceedings
)
    Debtor(s) ) Judge Pat E. Morgenstern-Clarren

## TRUSTEE'S NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Bankruptcy Rule 3002(f), CRAIG SHOPNECK, the duly appointed, qualified, and standing Chapter 13 Trustee ("Trustee") herein files notice that the amount required to cure the default in the below claim has been paid in full.

**Creditor: PHH MORTGAGE CORP**

**Last 4 digits of number used to identify Debtor's account: 8201**
**ARREARAGE**

| Court Claim Number | Cure Amount in Proof of Claim | Amount Paid by Trustee |
|---|---|---|
| 6 | $2,103.63 | $2,103.63 |

Pursuant to Federal Bankruptcy Rule 3002.1(g), within 21 days of the service of this Notice, the creditor shall file and serve on the Debtor, Debtor's counsel and Trustee a statement (1) indicating whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim, and (2) whether the Debtor is otherwise current on all payments consistent with Section 1322(b)(5) of the Bankruptcy Code. The statement shall itemize the required cure or post petition amounts, if any, that the creditor contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the creditor's proof of claim and is not subject to Federal Bankruptcy Rule 3001(f).

/S/ Craig Shopneck
CRAIG SHOPNECK (#0009552)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268    Fax (216) 621-4806
Ch13shopneck@ch13cleve.com

**CERTIFICATE OF SERVICE**

I certify that on November 25, 2014 a true and correct copy of this Notice of Final Cure Payment was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    MELISSA L. RESAR, ON BEHALF OF LANDRY SIMMONS JR, DEBTOR, AT
        mresar@ohiolegalclinic.com

And by regular U.S. mail, postage prepaid, on:

    LANDRY SIMMONS JR, DEBTOR, AT 12605 BROOKLAWN AVE, CLEVELAND, OH 44111

    PHH MORTGAGE CORP, MAIL STOP SV01, 2001 BISHOPS GATE BLVD, MT LAUREL, NJ 08054

    REIMER ARNOVITZ CHERNEK & JEFFREY, P O BOX 968, TWINSBURG, OH 44087

/S/ Craig Shopneck
CRAIG SHOPNECK (#0009552)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268    Fax (216) 621-4806
Ch13shopneck@ch13cleve.com

CS/ljb
11/25/14