UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | Landry Simmons, Jr. | ) Case No. 10-12653 |
| | | ) Chapter 13 Proceedings |
| | Debtor | ) Judge Pat E. Morgenstern-Clarren |

**NOTICE OF HEARING ON TRUSTEE'S MOTION FOR ORDER
CLOSING CASE WITHOUT DISCHARGE**

Craig Shopneck, the Chapter 13 Bankruptcy Trustee, has filed papers with the court to close your case without discharge.

**Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the Trustee's motion, or if you want the court to consider your views on the motion, then on or before **May 19, 2015**, you or your attorney must:

1. File a written response, explaining your position, at
    U.S. Bankruptcy Court
    Howard M. Metzenbaum U.S. Court House
    201 Superior Avenue
    Cleveland, Ohio 44114

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

2. Mail a copy to:
    Craig Shopneck, Chapter 13 Bankruptcy Trustee
    200 Public Square, Suite 3860
    Cleveland, Ohio 44114-2321

3. Attend the hearing scheduled to be held on **May 26, 2015**, at **10:00 A.M.** in Court Room **2A**, on the **2nd** floor of the Howard M. Metzenbaum U.S. Court House, 201 Superior Avenue, Cleveland, Ohio 44114. The hearing may be adjourned by the court from time to time without further notice.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief without a hearing.

/S/ Craig Shopneck
CRAIG SHOPNECK (#0009552)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268     Fax (216) 621-4806
Ch13shopneck@ch13cleve.com

## CERTIFICATE OF SERVICE

I certify that on April 17, 2015 a true and correct copy of this Notice of Hearing was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Melissa L Resar, on behalf of Landry Simmons, Jr., Debtor
    at Mresar@Ohiolegalclinic.Com

And by regular U.S. mail, postage prepaid, on:

    Landry Simmons, Jr., Debtor, at 12605 Brooklawn Avenue, Cleveland, OH 44111

    /S/ Craig Shopneck
    CRAIG SHOPNECK (#0009552)
    Chapter 13 Trustee
    200 Public Square, Suite 3860
    Cleveland OH 44114-2321
    (216) 621-4268

CS/bas
04/17/15