**IT IS SO ORDERED.**



ENTERED UNDER ADMINISTRATIVE ORDER
NO. 06-2 KENNETH J. HIRZ,
CLERK OF BANKRUPTCY COURT
BY: /s/ Michael Gaughan
      **Deputy Clerk**

Dated: April 20, 2015

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DISTRICT

In re: Landry Simmons, Jr. ) Case No. 10-12653
XXX-XX-8874 ) Chapter 13 Proceedings
) Judge Pat E. Morgenstern-Clarren
)
Debtor )

### ORDER GRANTING TRUSTEE'S MOTION
### TO RELEASE INCOME OF THE DEBTOR

    Upon consideration of the motion of the Chapter 13 Trustee for an order releasing the income of the debtor from the jurisdiction of the Court, because the plan has been completed by the debtor, the Court finds that the motion of the Trustee is well taken and should be granted.

    **IT IS, THEREFORE, ORDERED** that the debtor and if applicable, the employer are hereby released from the Court's Order pertaining to the income of the debtor. No further wage deductions should be taken by an employer, and no further plan payments should be remitted by the debtor. If the debtor is eligible for a discharge, the Court may issue a discharge to the debtor, without waiting for the filing of the Trustee's Final Report.

Submitted by:
/S/ Craig Shopneck
CRAIG SHOPNECK (#0009552)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268     Fax (216) 621-4806
Ch13shopneck@ch13cleve.com

## SERVICE LIST

Craig Shopneck, Chapter 13 Trustee
(served via ECF)

Office of the U.S. Trustee
(served via ECF)

Melissa L Resar, Attorney for Debtor
(served via ECF)

Landry Simmons, Jr., Debtor
12605 Brooklawn Avenue
Cleveland OH 44111

Cuyahoga County, Employer
Attn:  Payroll, 1255 Euclid Avenue
Cleveland OH 44115


CS/bas
04/17/15


###