0011-35-EPIE35-00410380-417238

# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In re: LANDRY SIMMONS JR  
　　　Debtor(s)

Case No.: 10-12653-pmc

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Craig Shopneck - CLEVELAND, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/27/2010.
2) The plan was confirmed on 07/26/2010.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on 10/19/2011.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was completed on 03/30/2015.
6) Number of months from filing or conversion to last payment: 60.
7) Number of months case was pending: 62.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 600.00.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $83,020.41 |
| Less amount refunded to debtor: | $1,437.23 |
| **NET RECEIPTS:** | $81,583.18 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $2,750.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $3,289.22 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $6,039.22 |
| Attorney fees paid and disclosed by debtor: | $600.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ALLIANCE ONE | Unsecured | 175.00 | NA | NA | .00 | .00 |
| ATTORNEY GENERAL OF STATE OF OH | Priority | 300.00 | 1,962.81 | 1,962.81 | 1,962.81 | .00 |
| CHRISTOPHER J KLYM ESQ | Unsecured | NA | NA | NA | .00 | .00 |
| CONTINENTAL FINANCE | Unsecured | 577.00 | NA | NA | .00 | .00 |
| DEPARTMENT OF THE TREASURY - IRS | Priority | 4,000.00 | 10,447.65 | 3,147.63 | 3,147.63 | .00 |
| DEPARTMENT OF THE TREASURY - IRS | Unsecured | NA | 99.30 | 141.62 | 141.62 | .00 |
| DEPT OF EDUCATION NELNET | Unsecured | 803.00 | NA | NA | .00 | .00 |
| DOMINION OHIO GAS | Unsecured | 716.59 | 980.03 | 980.03 | 980.03 | .00 |
| DUVERA COLLECTIONS | Unsecured | 963.00 | NA | NA | .00 | .00 |
| EAGLE LOAN COMPANY | Unsecured | 700.00 | 775.39 | 775.39 | 775.39 | .00 |
| ECMC | Unsecured | 27,529.00 | 50,458.96 | 50,458.96 | .00 | .00 |
| ECMC | Unsecured | NA | .00 | .00 | .00 | .00 |
| ENHANCED RECOVERY CORP | Unsecured | 439.00 | NA | NA | .00 | .00 |
| FIREFIGHTERS COMMUNITY CREDIT UI | Unsecured | 488.00 | 561.28 | 561.28 | 561.28 | .00 |
| ILLUMINATING COMPANY | Unsecured | 271.14 | 121.54 | 121.54 | 121.54 | .00 |

0011-35-EPIE35-00410380-417238

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In re: LANDRY SIMMONS JR  
Debtor(s)

Case No.: 10-12653-pmc

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| JEFFERSON CAPITAL SYSTEMS LLC | Secured | 13,025.00 | 13,025.00 | 13,025.00 | 13,025.00 | 1,795.28 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 1,170.13 | 1,170.13 | 1,170.13 | .00 |
| JEFFREY F SLAVIN | Unsecured | 3,500.00 | 1,643.00 | 4,423.33 | 4,423.33 | .00 |
| LORAIN COUNTY CSEA | Priority | NA | NA | NA | .00 | .00 |
| LVNV FUNDING LLC | Unsecured | 737.00 | NA | NA | .00 | .00 |
| LVNV FUNDING LLC | Unsecured | NA | 738.59 | 738.59 | 738.59 | .00 |
| NELNET | Unsecured | 2,122.00 | 5,268.16 | 5,268.16 | .00 | .00 |
| NELNET | Unsecured | 5,251.00 | 3,109.36 | 3,109.36 | .00 | .00 |
| OCSPC | Priority | NA | NA | NA | .00 | .00 |
| OHIO DEPARTMENT OF TAXATION | Unsecured | NA | NA | NA | .00 | .00 |
| OHIO DEPT OF TAXATION | Unsecured | NA | 3,706.00 | 1,842.19 | 1,842.19 | .00 |
| OHIO DEPT OF TAXATION | Unsecured | NA | .00 | .00 | .00 | .00 |
| PHH MORTGAGE CORP | Secured | 87,024.73 | 9,999,999.99 | 42,025.94 | 42,025.94 | .00 |
| PHH MORTGAGE CORP | Secured | 2,545.61 | 2,545.61 | 2,103.63 | 2,103.63 | .00 |
| PRA RECEIVABLES MANAGEMENT LLC | Unsecured | NA | 275.15 | 275.15 | 275.15 | .00 |
| REIMER ARNOVITZ CHERNEK & JEFFRI | Unsecured | NA | NA | NA | .00 | .00 |
| SEVENTH AVENUE | Unsecured | 454.00 | 454.42 | 454.42 | 454.42 | .00 |

0011-35-EPIE35-00410380-417238

# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In re: LANDRY SIMMONS JR  Case No.: 10-12653-pmc

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WEST ASSET MANAGEMENT | Unsecured | 183.00 | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 42,025.94 | 42,025.94 | .00 |
| Mortgage Arrearage: | 2,103.63 | 2,103.63 | .00 |
| Debt Secured by Vehicle: | 13,025.00 | 13,025.00 | 1,795.28 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 57,154.57 | 57,154.57 | 1,795.28 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 5,110.44 | 5,110.44 | .00 |
| **TOTAL PRIORITY:** | 5,110.44 | 5,110.44 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 70,320.15 | 11,483.67 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $6,039.22 |
| Disbursements to Creditors: | $75,543.96 |
| **TOTAL DISBURSEMENTS:** | $81,583.18 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 05/29/2015    By: /s/Craig Shopneck - CLEVELAND
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.