```
                            United States Bankruptcy Court
                                Northern District of Ohio
In re:                                                           Case No. 10-12653-pmc
Landry Simmons                                                   Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0647-1            User: nbrow                 Page 1 of 2           Date Rcvd: Jun 24, 2015
                                Form ID: 133                Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2015.
db             +Landry Simmons, Jr.,    12605 Brooklawn Ave.,    Cleveland, OH 44111-5027
cr             +AES/PHEAA,    PO B0X 8147,    HARRISBURG, PA 17105-8147
cr             +BAC Home Loans Servicing, L.P. fka Countrywide Hom,    2380 Performance Dr. Bldg C Mail Stop: R,
                 Richardson, TX 75082-4333
cr             +BANK OF AMERICA, N.A.,    2380 Performance Dr.,    Richardson, TX 75082-4333
cr             +Ohio Department of Taxation,    c/o William C. Huffman,    24441 Detroit Road, Ste. 200,
                 Westlake, OH 44145-1543
cr             +PRA Receivables Management, LLC,    PO Box 12907,    Norfolk, VA 23541-0907
19644419       +AES,    1200 N 7th St.,    Harrisburg, PA 17102-1419
19788807       +AES/PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
19407973       +Bank of America,    P.O. Box 15726,    Wilmington, DE 19886-0001
19492116       +Bank of America N.A.,    7105 Corporate Drive,    PTX-B-209,    Plano, TX 75024-4100
22052883       +Capital One Bank (USA), N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
19407975       +Continental Finance,    P.O. Box 11743,    Wilmington, DE 19850-1743
19407976       +Cuyahoga County CSEA,    P.O. Box 182372,    Columbus, OH 43218-2372
19407978        Dominion East Ohio,    P.O. Box 26785,    Richmond, VA 23261-6785
19407979       +Duverra Collections,    1959 Palomar Oaks Way,    Suite 340,    Carlsbad, CA 92011-1313
19948716        Educational Credit Management Corp.,    P.O. Box 16408,    Saint Paul, MN 55116-0408
23419881        Educational Credit Management Corp.,    Lockbox #8682,    P.O. Box 16478,
                 St.Paul, MN  55116-0478
19666951       +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
                 Norfolk VA 23541-0907
19407985       +Jeffrey Slavin,    1370 Ontario St.,    Cleveland, OH 44113-1714
22385336        KeyBank National Association,    c/o Bank of America, N.A.,    P.O. Box 660933,
                 Dallas, TX 75266-0933
19407986       +Lorain County Child Support,    42485 North Ridge Road,    Elyria, OH 44035-1045
19487587       +Nelnet on behalf of COAC,    College Access Network,    1560 Broadway Suite 1700,
                 Denver CO 80202-5159
19875278        OHIO DEPARTMENT OF TAXATION,    BANKRUPTCY DIVISION,    P.O. BOX 530, COLUMBUS, OH. 43216
23099364       +Ohio Department of Taxation,    Bankruptcy Division,    P.O. Box 530,    Columbus, OH 43216-0530
23118158       +Ohio Department of Taxation,    Bankruptcy Division,    P.O. Box 530,    Columbus, OH 43216-0530
19407989        PHEAA Higher Education,    1200 North Seventh St.,    Harrisburg, PA 17102-1444
22461970       +PHH,    2001 Bishops Gate Blvd,    Mail Stop SV-01,    Mt. Laurel, NJ 08054-4604
22271106       +PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
19407990       +Seventh Avenue,    1112 7th Aveune,    Monroe, WI 53566-1364
19743959       +Seventh Avenue,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas, TX 75374-0933
19407991        State of Ohio Department of Taxation,    P.O. Box 530,    Columbus, OH 43216-0530
20308980       +State of Ohio, Department of Taxation,    Christopher J. Klym, Special Counsel,
                 24441 Detroit Rd, Suite 200,    Westlake, OH 44145-1543
19407992       +West Asset Management,    2703 N Highway 75,    Sherman, TX 75090-2567

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19407972       +E-mail/Text: roy.buchholz@allianceoneinc.com Jun 24 2015 21:26:58     Alliance One,
                 1684 Woodlands Dr,    # 150,    Maumee, OH 43537-4026
19407974       +E-mail/Text: bankruptcy@consumerportfolio.com Jun 24 2015 21:28:38
                 Consumer Portfolio Services,    P.O. Box 57071,    Irvine, CA 92619-7071
19407977       +E-mail/Text: electronicbkydocs@nelnet.net Jun 24 2015 21:28:21     Dept. of Education/NELNET,
                 121 S 13 Street,    Lincoln, NE 68508-1904
19407981        E-mail/Text: bknotice@erccollections.com Jun 24 2015 21:28:22     Enhanced Recovery Corp.,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
19407982        E-mail/Text: mteehan@ffcommunity.com Jun 24 2015 21:27:12
                 Firefighters Community Credit Union,    2300 St. Clair Ave.,    Cleveland, OH 44114
19407983        E-mail/Text: hmcgrp@aol.com Jun 24 2015 21:27:18     HMC Group,    837 Crocker Rd,
                 Westlake, OH 44145-1028
19407984        E-mail/Text: cio.bncmail@irs.gov Jun 24 2015 21:27:14     IRS,    Insolvency Group 3,
                 1240 E 9th St,    Room 403,    Cleveland, OH 44199
20114712        E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 24 2015 21:28:42     JEFFERSON CAPITAL SYSTEMS LLC,
                 PO BOX 7999,     ST CLOUD MN 56302
19791144        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 24 2015 21:30:28     LVNV Funding LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
19407987       +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 24 2015 21:30:43     LVNV Funding, LLC,
                 P.O. Box 10497,    Greenville, SC 29603-0497
19407988       +E-mail/Text: electronicbkydocs@nelnet.net Jun 24 2015 21:28:21     Nelnet LNS,
                 3015 S Parker Road,    Suite 400,    Aurora, CO 80014-2904
19487596       +E-mail/Text: electronicbkydocs@nelnet.net Jun 24 2015 21:28:21     Nelnet on behalf of USDOE,
                 U.S. Department of Education,    3015 South Parker Road Suite 400,    Aurora CO 80014-2904
19510654       +E-mail/Text: bankruptcy@firstenergycorp.com Jun 24 2015 21:28:17     The Illuminating Company,
                 PO Box 3638,    Akron, Ohio 44309-3638
19581962       +E-mail/Text: bankruptcy@firstenergycorp.com Jun 24 2015 21:28:18
                 The Illuminating Company - CEI,    Bankruptcy Dept,    6896 Miller Rd  Rm 204,
                 Brecksville, OH 44141-3222
                                                                                              TOTAL: 14
```

```
District/off: 0647-1          User: nbrow            Page 2 of 2             Date Rcvd: Jun 24, 2015
                              Form ID: 133           Total Noticed: 47
```

***** BYPASSED RECIPIENTS (continued) *****

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              Consumer Portfolio Services, Inc.
cr              KeyBank National Association
cr              PHH
cr*            ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
                 (address filed with court: JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,
                  ST CLOUD, MN  56302-9617)
19467294*      +Consumer Portfolio Services, Inc.,    PO Box 57071,   Irvine, CA 92619-7071
cr             ##+ECMC,   P.O. Box 75906,   St. Paul, MN 55175-0906
19407980       ##+Eagle Loans,   3323 Center Rd.,   Brunswick, OH 44212-3830
                                                                             TOTALS: 3, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2015                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2015 at the address(es) listed below:
```
              Christopher J Klym    on behalf of Creditor    Ohio Department of Taxation bk@hiklaw.com
              Chrysostomos E Manolis     on behalf of Creditor    PHH cmanolis@logs.com
              Craig H Shopneck     ch13shopneck@ch13cleve.com,   cshopneck13@ecf.epiqsystems.com
              Cynthia A Jeffrey    on behalf of Creditor    Consumer Portfolio Services, Inc.
               bknotice@reimerlaw.com
              Edward A Bailey    on behalf of Creditor    KeyBank National Association bknotice@reimerlaw.com
              Edward A Bailey    on behalf of Creditor    PHH bknotice@reimerlaw.com
              Melissa L Resar    on behalf of Debtor Landry  Simmons, Jr. mresar@ohiolegalclinic.com,
               rauser@bestclientinc.com;nkrenisky@ohiolegalclinic.com;rausermail@ohiolegalclinic.com;rauserlaw@g
               mail.com;cle13ecf@gmail.com;rauserecfmail@gmail.com
                                                                                            TOTAL: 7
```

Northern District Of Ohio  
United States Bankruptcy Court  
Howard M. Metzenbaum U.S. Courthouse  
201 Superior Avenue  
Cleveland, OH 44114−1235  
**Case No. 10−12653−pmc**

**In re:**
Landry Simmons Jr.
12605 Brooklawn Ave.
Cleveland, OH 44111

**Social Security No.:**
xxx−xx−8874

### NOTICE OF CHAPTER 12 OR 13 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☐ Debtor did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☐ Debtor has not certified that all domestic support obligations due have been paid.

**Dated:** June 24, 2015　　　　　　　　　　　　　　　　　　　　　　　　For the Court
Form ohnb133　　　　　　　　　　　　　　　　　　　　　　　　　　　　Kenneth J. Hirz, Clerk